UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GELAZELA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:22-cv-01540-JLT-SKO (PC)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO FILE ELECTRONICALLY ON ECF/PACER**<br><br>(Doc. 6) |

Plaintiff Mark Gelazela is a former prisoner proceeding *pro se* and *in forma pauperis* in this action.

On December 5, 2022, Plaintiff filed a "Motion to File Electronically on the ECF/PACER." (Doc. 6.) Plaintiff states that he lacks the resources to print his filings in this case and has no printer. Plaintiff contends "he has to get transportation to go out to a local mailing store to print his filings, drastically slowing down his filings and jeopardizing" their timeliness. (*Id*.) Plaintiff states he "has filed electronically in the past" in other cases and is entirely familiar with the process. (*Id*.) Plaintiff already has access to ECF and login credentials. (*Id*.) Plaintiff asks to be given access to file electronically in this case from this date forward. (*Id*.)

Given Plaintiff's representations, the Court will grant Plaintiff's motion in part.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to mail to Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" form;

2. Plaintiff shall be responsible for filing all documents in paper form until Plaintiff signs

1

and returns the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" form to the Clerk of the Court and is issued a login and password; and

3. Plaintiff must provide to and maintain a working email address with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **December 8, 2022**                       /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE