1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   MARK A. GELAZELA,                        Case No. 1:22-cv-01540-JLT-SKO (PC)

          Plaintiff,                          **ORDER GRANTING EXTENSION OF TIME**
12                                            **WITHIN WHICH TO FILE A RESPONSIVE**
      v.                                      **PLEADING**
13
    UNITED STATES OF AMERICA, et al.,
14                                            (Doc. 34)
          Defendants.
15

16        Plaintiff is a former federal prisoner proceeding pro se and *in forma pauperis* in this

17   action.

18        **I.      INTRODUCTION**

19        On August 6, 2025, the Court issued its Order Directing Service by the United States

20   Marshals Service Without Prepayment of Costs. (Doc. 30.) Service of Defendant United States of

21   America was effected on August 7, 2025, and the responsive pleading was due on or before

22   October 6, 2025. (Doc. 32.)

23        On October 6, 2025, Defendant filed its Motion for Continuance of Responsive Pleading

24   Deadline in Light of Lapse of Appropriations. (Doc. 34.)

25        **II.     DISCUSSION**

26        Defendant United States of America, through Assistant United States Attorney Jeffrey J.

27   Lodge, moves for an extension of the October 6, 2025, deadline for filing a responsive pleading.

28   (Doc. 34.)  Defendant contends the appropriations that have been funding the Department of

1

Justice (DOJ) expired on September 30, 2025, and it is not known when funding will be restored by Congress. (*Id*. at 1.) Defendant also contends that absent an appropriation or continuing resolution, DOJ attorneys are prohibited from working, even on a voluntary basis, with limited exceptions. (*Id*. at 2.) Such exceptions do not apply in most civil cases. (*Id*.) Defendant seeks an unspecified "continuance of its deadline to respond to the Fourth Amended Complaint" until DOJ attorneys resume "their usual civil litigation functions." (*Id*.) Counsel states he will notify the Court once Congress has appropriated funds and/or enacted a continuing resolution and will file a responsive pleading as soon as practicable thereafter. (*Id*.)

Good cause appearing, the Court will extend the deadline for Defendant's responsive pleading by 60 days. In the event appropriations have not been made or a continuing resolution has not been enacted, Defendant may seek a further extension of time.

**III.    CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1.  Defendant's motion to extend the deadline for filing a responsive pleading (Doc. 34) is **GRANTED**; and

2.  The deadline for filing a responsive pleading is **EXTENDED** from October 6, 2025, to **December 5, 2025**.

IT IS SO ORDERED.

Dated:    **October 7, 2025**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE